SULAIMAN LAW GROUP, LTD.
Alexander J. Taylor (State Bar No. 332334)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT FREDERICK,<br><br>Plaintiff,<br><br>v.<br><br>LAFAYETTE FEDERAL CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Case No. 5:24-cv-00900-WLH-JC<br><br>**NOTICE OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that ROBERT FREDERICK ("Plaintiff") hereby notifies the Court that Plaintiff and Defendant EQUIFAX INFORMATION SERVICES, LLC ("Equifax") have reached a settlement and are in the process of consummating the settlement. Plaintiff anticipates that it will take 45 days to consummate the settlement.

1

Dated: August 14, 2024

Respectfully Submitted,

**ROBERT FREDERICK**

*/s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for the Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2024, I caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                                                              */s/ Alexander J. Taylor*