SULAIMAN LAW GROUP, LTD.
Alexander J. Taylor (State Bar No. 332334)
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FREDERICK,<br><br>    Plaintiff,<br><br>    v.<br><br>LAFAYETTE FEDERAL CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendants. | Case No. 5:24-cv-00900-WLH-JC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff, ROBERT FREDERICK, and Defendants, LAFAYETTE FEDERAL CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC, by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to a dismissal with prejudice of Plaintiff's claims against LAFAYETTE FEDERAL CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC. Each party to bear its own attorney's fees and costs.

1

DATED: August 26, 2025 　　　　　　　　　　　Respectfully submitted,

| | |
|---|---|
| /s/ *Alexander J. Taylor* | /s/ *Thomas P. Quinn, Jr.* |
| Alexander J. Taylor, Esq. | Thomas P. Quinn, Jr., Esq. |
| California Bar No. 332334 | California Bar No. 132268 |
| Sulaiman Law Group, Ltd | Nokes & Quinn |
| 2500 S Highland Ave, Suite 200 | 410 Broadway, Suite 200 |
| Lombard, Illinois 60148 | Laguna Beach, CA 92651 |
| Telephone: (630) 575-8181 | Telephone: (949) 376-3500 |
| ataylor@sulaimanlaw.com | tquinn@nokesquinn.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Equifax Information Services LLC* |

/s/ *Antoinette P. Hewitt*
Antoinette P. Hewitt, Esq.
California Bar No 181099
Kutak Rock LLP
5 Park Plaza, Suite 1500
Irvine, CA 92614-8595
Telephone: (949) 417-0999
Antoinette.Hewitt@kutakrock.com
irvineintake@kutakrock.com
*Counsel for Lafayette Federal Credit Union*