# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT FREDERICK,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LAFAYETTE FEDERAL CREDIT UNION, and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　　Defendants. | Case No. 5:24-cv-00900-WLH-JC<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** **[33]** |

　　This cause coming before the Court on Parties Stipulation of Dismissal; the Court being fully advised in the premises and having jurisdiction of the subject matter, **IT IS HEREBY ORDERED**:

　　1. The Stipulation for Dismissal is **GRANTED**. The action against LAFAYETTE FEDERAL CREDIT UNION and EQUIFAX INFORMATION

1

SERVICES, LLC is hereby dismissed with prejudice as to Plaintiff's claims. Each party to bear its own attorney's fees and costs.

Dated: 8/29/2025_____

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE